UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.   Case No.:   5:25-cv-528-SPC-PRL

PAM BONDI,

    Respondent.
_____/

## ORDER

Petitioner Michael LoRusso is a serial litigant who has filed multitudinous actions throughout the Middle and Northern Districts of Florida. The Clerk's Office opened this case upon receipt of a handwritten document titled "Petition for Writ of Habeas Corpus 28 U.S.C. § 2241," submitted by LoRusso. (Doc. 1). In this document, LoRusso complains about numerous actions of Attorney General Pam Bondi and asks the Court to "furnish 2241 forms" and appoint counsel. (*Id.* at 6).

Upon review of the petition, the document is not a petition—despite its title—and is not a pleading sufficient to initiate an action. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). The Court therefore cannot discern a cause of action and thus dismisses this case without prejudice. Because the dismissal is without prejudice, LoRusso may

pursue a new case by filing a proper complaint or petition—not using this case number—and include the appropriate filing fee or motion to proceed *in forma pauperis*.

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 12, 2025.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: OCAP-2
Copies: Petitioner